# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Supervised Release) |
| | Case Number: 8:04-cr-94-T-23TGW |
| TRAVIS WEAVER | USM Number: 41916-018 |
| | Defendant's Attorney: Adam Allen, AFPD |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through four of the March 10, 2009, petition (Doc. 198).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, possession of crack cocaine | 03/05/09 |
| Two | Failure to follow instructions | 06/26/09 |
| Three | Possession of a controlled substance | 03/05/09 |
| Four | Failure to notify within seventy-two hours of an arrest | 03/09/09 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 26, 2009
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

July 26th, 2009
Date

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ELEVEN (11) MONTHS.**

    **X**     The court makes the following recommendations to the Bureau of Prisons: **incarceration at Jesup, Georgia, or Estill, South Carolina**

    **X**     The defendant is remanded to the custody of the United States Marshal.

    ___     The defendant shall surrender to the United States Marshal for this district:

         ___    at _____ a.m.    p.m.    on _____.

         ___    as notified by the United States Marshal.

    ___     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

         ___    before 2 p.m. on _____.

         ___    as notified by the United States Marshal.

         ___    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

                                           UNITED STATES MARSHAL

                      By _____

                                           DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No further term of supervision is imposed.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:  Sheet 3 - Supervised Release

DEFENDANT: TRAVIS WEAVER  Judgment - Page 3 of 3
CASE NUMBER: 8:04-cr-94-T-23TGW